IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Civil No. CA 08 025ML
Roy S. Topik, Topik Enterprises, LLC, and )
Lead & Asbestos Encasement Designs, LLC, )
)
Defendants. )
)

COMPLAINT

Now comes the plaintiff, the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and John P. McAdams, Assistant United States Attorney for the District of Rhode Island, and states as follows:

1. That this action is brought by the United States of America, pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. 3001 et seq, with jurisdiction provided by 28 U.S.C., Section 1345.

2. That the defendant, Roy S. Topik is the owner and president of Topik Enterprises, LLC, and Lead & Asbestos Encasement Designs, LLC , a Rhode Island corporation with the last known address of 46 Hemlock Train, Harrisville, Rhode Island 02830.

3. That the defendant, Roy S. Topik's last known address is P.O. Box 8249, Fleming Island, Florida 32006.

4. That on April 6, 2006, Administrative Law Judge, Carl C. Charneski, issued an Initial Decision against Topik Enterprises, LLC and Lead & Asbestos Encasement Designs, LLC, to

Section 40.9 of the Toxic Substances Control Act and 40 C.F.R. 745, subpart F, 15 U.S.C. § 2689. (See Exhibit "A")

5. That the defendant did not appeal the decision, and, pursuant to 40 C.F.R. 22.27(c), the decision became a Final Order on or about May 6, 2006 which is 45 days after service of the Final Decision to the defendant.

6. That demand has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

7. That the defendant has defaulted on the payment terms defined in the Final Order and is therefore indebted to the plaintiff in the principal amount of $222,200.00, plus interest in the amount of $7,523.90 as of January 14, 2008, plus penalties in the amount of $6,784.72, plus additional interest which accrues daily at the annual rate of 2.0 percent until the date of judgment.

8. Wherefore, the plaintiff, the United States of America, requests judgment in its favor against the defendant for the total of $236,508.62, plus additional interest that accrues at the pre-judgment rate set forth in paragraph 7 above from January 14, 2008 until the date of judgment; plus additional interest that accrues thereafter at the legal post-judgment rate pursuant to the provisions of 28 U.S.C. § 1961.

Plaintiff further demands that the defendant pay the required filing fee of Three Hundred Fifty Dollar ($350.00), pursuant to 28 U.S.C. § 2412(a)(2), plus future costs as provided by law.

Respectfully submitted,
UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JOHN P. MCADAMS, Bar# 654684 (MA)
Assistant U.S. Attorney
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: john.mcadams@usdoj.gov