UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | |
| v. | ) | Case No.: 08-025ML |
| Roy S. Topik, Topik Enterprises, LLC,<br>and Lead & Asbestos Encasement<br>Designs, LLC,<br>Defendants. | ) | |

**NOTICE OF WIHDRAWAL**

Undersigned counsel hereby gives notice to the Court and parties of his withdrawal as counsel for the United States of America. In support thereof, counsel states that he will no longer represent the government in this matter, and Assistant United States Attorney Milind Shah has entered his appearance.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ John P. McAdams
JOHN P. MCADAMS
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: john.P.McAdams@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of June, 2008, I electronically filed the within Response to Order to Show Cause with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The Notice of Withdrawal was forwarded to the following participant via first class mail at his last known mailing address:

Roy S. Topik
2806 J R Drive
Cottondale, FL 32431

/s/ John P. McAdams
JOHN P. MCADAMS
Assistant United States Attorney