UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | Case No.: 08-025ML |
| Roy S. Topik, Topik Enterprises, LLC, and Lead & Asbestos Encasement Designs, LLC, Defendants. | ) | |

**GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE**

Now comes the United States of America, by and through its undersigned attorneys, and responds to the Order to Show Cause and states that the government had, until June 9, 2008, been unable to perfect service upon the defendant for good cause shown. In support thereof, the government states as follows:

1. The defendant, Roy S. Topik is the owner and president of Topik Enterprises, LLC, and Lead & Asbestos Encasement Designs, LLC , a Rhode Island corporation with the last known address of 46 Hemlock Train, Harrisville, Rhode Island 02830.

2. The defendant, Topik Enterprises, LLC, and Lead & Asbestos Encasement Designs, LLC's charter was revoked by the Rhode Island Secretary of State on or about February 2, 2005 for failure to maintain a Registered Office.

3. The complaint in the above-captioned case was filed on January, 18, 2008.

4. On the same date the government mailed, by certified mail/return receipt requested, and regular mail, a Notice of Lawsuit and Request for Waiver of Service of Summons to the remaining defendant, Roy S. Topik, at his last known address, 1311 Oak Landing Lane,

Orange Park, Florida 32003, an address which had been verified on January 14, 2008 by the United States Postal Service. *See* Exhibit A.

5. Both copies were returned by the U.S. Postal Service as undeliverable, unable to forward. *See* Exhibit B .

6 On March 7, 2008, the government learned of a new address for the plaintiff, 2806 J R Drive, Cottondale. Florida 32431-7335 and immediately sent a copy of the Notice of Lawsuit and Request for Waiver of Service of Summons to that address via Federal Express. Because this is a residential address, the complaint was forwarded via "Home Delivery" service, in which the only option available is "no signature is required". *See* Exhibit C.

7. According to FedEx Tracking Service, the Notice and Request for Waiver was delivered on March, 12, 2008. *See* Exhibit D.

8. The defendant failed to return the waiver, or otherwise respond to the Complaint, and on May 9, 2008, the Complaint was forwarded to the United States Marshal for personal service upon the plaintiff. *See* Exhibit E.

9. On or about, May 28, 2008 Deputy Marshal Glenn Miller, United States Marshals' Office Panama City, Florida, contacted the U.S. Attorney's Office to advise that the address provided was a rural mobile home park, and since the address was "two months old" it was no longer valid. The defendant had moved., yet the Marshal determined that he could find the defendant to perfect service.

10. On or about May 30, 2008, the Marshal had located the defendant's residence,

which he described as a "fishing campground" for mobile homes some twenty five miles off the main road. The location is in a rural area without a valid mailing address.

11. After locating the defendants's vehicle, the Marshal was finally able to serve the defendant at his mobile home on June 5, 2008.

12. Since the complaint was originally served upon the defendant with a Notice of lawsuit and Request for Waiver of Service, the Complaint was inadvertently provided to the marshal without a Civil Summons.

13. To cure this error, the government prepared a summons and immediately forwarded it to Deputy United States Marshal Glenn Miller for service upon the defendant. *See* Exhibit F.

14. Deputy U.S. Marshal Miller received the summons on Monday, June 9, 2008, and the summons and complaint were personally served the defendant on that date at 6:00 p.m. *See* Exhibit G.

15. The defendant now has 20 days from June 9, 2008 to answer the Complaint.

For the foregoing reasons, the government states that it has been diligently working to prosecute this case, and for good cause shown, had been unable to serve the defendant until June 9, 2008. Since the U.S. Marshal has now perfected service upon the defendant, the government respectfully requests that this case not be dismissed.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: milind.m.shah@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of June, 2008, I electronically filed the within Response to Order to Show Cause with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The Notice of Appearance was forwarded to the following participant via first class mail at his last known mailing address:

Roy S. Topik
2806 J R Drive
Cottondale, FL 32431

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney