**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5017

January 14, 2008

Postmaster
Fleming Isle

Dear Sir or Madam:

Please furnish this agency with the new address, if available, for the following individual or verify whether or not the address given below is one at which mail for this individual is currently being delivered. If the following address is a post office box, please furnish the street address as recorded on the boxholder's application form.

NAME: Roy S. Topik
LAST KNOWN ADDRESS: PO Box 8249
Fleming Isle, FL 32006-0009

I certify that the address information for this individual is required for the performance of this agency's official duties.

Very truly yours,

ROBERT CLARK CORRENTE
United States Attorney

[signature]
SANDRA L. MASCOLA
Paralegal Specialist

---

**FOR POST OFFICE USE ONLY**

( ) Mail is delivered to address given.
( ) Not known at address given.
(X) Moved, left no forwarding address. Box closed
( ) Mail being held until ________.
( ) No such address.
( ) Other: (Specify) ________

Box Closed/No Forward 12/22/07
Date Application Received 5-29-03 (Opened)

**NEW ADDRESS:**

FLEMING ISLAND FL 32003
JAN 14 2008
USPS

**BOXHOLDER'S STREET ADDRESS:**

1311 Oak landing LN.
Orange Park FL. 32003
Ph # (401) 440-5680

**PLEASE AFFIX POSTMARK/DATE STAMP TO THIS PORTION OF THE LETTER BEFORE RETURNING SAME.**

EXHIBIT A