**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 528-5477
FAX (401) 528-5474

January 18, 2008

Mr. Roy S. Topik
1311 Oaklanding Lane
Orange Park, FL 32003

Re: United States v Roy S. Topik,
Topik Enterprises, LLC and Lead Asbestos Encasement Designs, LLC.
Civil No. 08-025ML Claim for $236,508.62 Plus Interest

**NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS**

Dear Mr. Topik:

The U.S. Environmental Protection Agency has referred the above debt to this office for litigation and enforced collection. Since you have failed to respond to our initial and/or subsequent demand for payment, the enclosed Complaint has been filed in United States District Court to recover the full amount due, which as of January 14, 2008 is $236,508.62. If you pay the full amount due within fifteen (15) days of receipt of this letter, we will dismiss our lawsuit and no further legal action will be taken.

If you wish to acknowledge service of the Complaint upon you, and avoid the addition of United States Marshal's and/or Constable fees to your debt, you should sign the enclosed Waiver of Service of Summons and return it within thirty (30) days. You will then have sixty (60) days from the date of this letter to file an Answer, or otherwise plead, to the Complaint in the United States District Court.

If you decline to acknowledge service, a United States Marshal or Constable will serve you with these same papers, and the costs of service will be added to your debt. You will then have twenty (20) days from the date of service to answer or plead to the Complaint. You may, of course, consult with an attorney concerning this matter. Any questions should be directed to the undersigned in the Financial Litigation Unit at 401-709-5000.

Very Truly yours,

ROBERT CLARK CORRENTE
United States Attorney

JOHN P. MCADAMS
Assistant United States Attorney

(slm)
Enclosures

EXHIBIT B

# WAIVER OF SERVICE OF SUMMONS

TO: United States Attorney for the District of Rhode Island

I acknowledge receipt of your request that I waive service of a summons in the action of United States v. Roy S. Topik, Topik Enterprises, LLC, and Lead & Asbestos Encasement Designs, LLC which is Civil Action No 08-025ML in the United States District Court for the District of Rhode Island. I have also received a copy of the complaint in this action, two copies of this instrument, and a stamped or franked envelope in which to return the signed waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you or your office within sixty (60) days after the notice of lawsuit was sent or within ninety (90) days after that date if the request was sent outside the United States.

I acknowledge that the Notice of Lawsuit and Request for Waiver of Service of Summons was sent via first class mail, postage prepaid, on the 18th day of January, 2008. I understand that my answer or motion under Rule 12 must be served upon you or your office on or before the 19th day of March, 2008, or a judgment may be entered against me (or the party on whose behalf I am acting).

________________ ____________________________

(Date) (Signature)

____________________________

(Printed or typed name)

EXHIBIT B

## DUTY TO AVOID UNNECESSARY COST OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the costs of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or that the Court lacks jurisdiction over the subject matter of the action or over the persons or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons) and may later object to the jurisdiction of the Court or the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney or on the plaintiff if acting "pro se", a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within the time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

EXHIBIT B

CERTIFIED MAIL

7003 1010 0001 7634 8456

U.S. Department of Justice

*United States Attorney*
*District of Rhode Island*
*Fleet Center*
*50 Kennedy Plaza, Eighth Floor*
*Providence, Rhode Island 02903*

Official Business

neopost

$6.62

US OFFICIAL MAIL

US POSTAGE

EXHIBIT B

RJ7

Mr. Roy S. Topik

TOPI249 320052395 1C07 32 01/25/08
TOPIK
RETURN TO SENDER
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr Roy S. Topik
1311 Oaklanding Lane
Orange Park, FL
32003

2. Article Number (*Transfer from service label*) 7003 1010 0001 7634 8456

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

RECEIVED
US ATTORNEY
DISTRICT OF RI

2008 FEB -4 A 10: 32

ADD'L POSTAGE

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*
*Fleet Center*
*50 Kennedy Plaza, Eighth Floor*
*Providence, Rhode Island 02903*

Official Business

Mr. Roy S. Topik
1311 Oaklanding Lane

TOPI249 320063811 1C07 28 01/30/08
RETURN TO SENDER
TOPIK
BOX CLOSED
UNABLE TO FORWARD
RETURN TO SENDER

EXHIBIT B