From: (401)709-5062
Sandy Mascola
USDOJ/US ATTY OFC
50 KENNEDY PLAZA
FLEET CENTER, 8TH FLOOR
**PROVIDENCE, RI 02903**

FedEx. Home Delivery

G

CLS120707/14/24

Ship Date: 07MAR08
ActWgt: 1.0 LB
System#: 1325825/INET8010
Account#: S *********

Invoice #
Reference #
PO #
Dept # Ship ID

SHIP TO: (904)269-6755
**Mr. Roy S. Topik**

**2806 JR Drive**

**Cottondale, FL 32431**

H

**(9612804) 3285661 10000048**

**HOME** **804** 1 of 1

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

EXHIBIT C

FedEx. **Shipment Receipt**

## Address Information

**Ship to:**
Mr. Roy S. Topik
Select or enter
2806 JR Drive

US
(904) 269-6755

**Ship from:**
Sandy Mascola
USDOJ/US ATTY OFC
50 KENNEDY PLAZA
FLEET CENTER, 8TH FLOOR
US
4017095062

## Shipping Information

Tracking number: 328566110000048
Ship date: 03/07/2008
Estimated shipping charges: 8.73

## Package Information

Service type: FedEx Home Delivery
Package type: Your Packaging
Number of packages: 1
Total weight: 1LBS
Declared value: 0.00USD
Special Services: No signature required,Residential Delivery
Pickup/Drop-off: Give to scheduled courier at my location

## Billing Information

Bill transportation to: Sender
Your reference:
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with Fedex ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or speical is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items lised in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

EXHIBIT C