FedEx

Español | Customer Support | FedEx Locations  Search  Go

Package/Envelope  Freight  Expedited  Office/Print Services

Track Shipments/FedEx Kinko's Orders
Detailed Results

Printable Version  Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 328566110000048 | **Destination** | Cottondale, FL |
| **Signed for by** | Signature Not Req | **Service type** | Home Delivery |
| **Ship date** | Mar 7, 2008 | **Weight** | 0.3 lbs. |
| **Delivery date** | Mar 12, 2008 2:35 PM | | |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

**Wrong Address?**
Reduce future mista using FedEx Addre: Checker.

**Tracking a FedEx SmartPost Shipme**
Go to shipper login




| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Mar 12, 2008** | 2:35 PM | **Delivered** | Cottondale, FL | Signature Service not requested. |
| | 7:26 AM | On FedEx vehicle for delivery | DOTHAN, AL | |
| | 5:01 AM | At local FedEx facility | DOTHAN, AL | |
| **Mar 11, 2008** | 10:39 PM | Departed FedEx location | ELLENWOOD, GA | |
| | 4:42 PM | Arrived at FedEx location | ELLENWOOD, GA | |
| **Mar 8, 2008** | 10:42 AM | Departed FedEx location | WILLINGTON, CT | |
| | 4:56 AM | Arrived at FedEx location | WILLINGTON, CT | |
| | 12:30 AM | Left origin | WARREN, RI | |
| **Mar 7, 2008** | 9:13 PM | Arrived at FedEx location | WARREN, RI | |
| | 6:13 PM | Picked up | WARREN, RI | |
| | 5:46 PM | In FedEx possession | PROVIDENCE, RI | Tendered at FedEx location |
| | 4:22 PM | Package data transmitted to FedEx | PROVIDENCE, RI | |

Signature proof  E-mail results  Track more shipments/orders

Subscribe to tracking updates (optional)

**Your name:**  **Your e-mail address:**

**E-mail address**  **Language**  **Exception updates**  **Delivery updates**

EXHIBIT D