Track Shipments/FedEx Kinko's Orders
Detailed Results

Quic

| | | | |
|---|---|---|---|
| **Tracking number** | 790521886820 | **Destination** | Panama City, FL |
| **Signed for by** | G.MILLER | **Delivered to** | Receptionist/Front Desk |
| **Ship date** | Jun 6, 2008 | | |
| **Delivery date** | Jun 9, 2008 9:06 AM | **Service type** | Priority Box |
| | | **Weight** | 2.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jun 9, 2008** | 9:06 AM | **Delivered** | Panama City, FL | |
| | 8:08 AM | On FedEx vehicle for delivery | LYNN HAVEN, FL | |
| **Jun 7, 2008** | 7:53 AM | At local FedEx facility | LYNN HAVEN, FL | Package not due for delivery |
| | 5:59 AM | At dest sort facility | TALLAHASSEE, FL | |
| | 4:02 AM | Departed FedEx location | MEMPHIS, TN | |
| **Jun 6, 2008** | 11:49 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 8:05 PM | Left origin | WARWICK, RI | |
| | 5:20 PM | Picked up | PROVIDENCE, RI | |
| | 2:00 PM | Package data transmitted to FedEx | | |

Signature proof | E-mail results | Track more shipments/orders

Subscribe to tracking updates (optional)

**Your name:** **Your e-mail address:**

| **E-mail address** | **Language** | **Exception updates** | **Deli upd** |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

**Select format:** ◉ HTML ○ Text ○ Wireless

EXHIBIT F

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

June 9,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **790521886820**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | Panama City, FL |
| **Signed for by:** | G.MILLER | **Delivery date:** | Jun 9, 2008 09:06 |
| **Service type:** | Priority Box | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 790521886820 | **Ship date:** | Jun 6, 2008 |
| | | **Weight:** | 2.0 lbs. |

**Recipient:**
Panama City, FL US

**Shipper:**
PROVIDENCE, RI US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

EXHIBIT F

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

UNITED STATES OF AMERICA

V.

Roy S. Topik, Topik Enterprises, LLC, and Lead & Asbestos Encasement Designs, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-025-ML

TO: (Name and address of Defendant)

Mr. Roy S. Topik
2806 J R DR
Cottondale, FL 32431-7335

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MILIND M. SHAH, ESQ.

ASSISTANT U.S. ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
50 KENNEDY PLAZA, 8TH FLOOR
PROVIDENCE, RHODE ISLAND 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

6-6-08
DATE

(By) DEPUTY CLERK

EXHIBIT F