UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | Case No.: 08-025ML |
| Roy S. Topik, Topik Enterprises, LLC, and Lead & Asbestos Encasement Designs, LLC, Defendants. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for the United States of America, in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: milind.m.shah@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of September, 2008, I electronically filed the within Notice of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The Notice of Appearance was forwarded to following participant via first class mail at his last known mailing address:

Roy S. Topik
2806 J R Drive
Cottondale, FL 32431

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney