UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>Roy S. Topik, Topik Enterprises, LLC,<br>and Lead & Asbestos Encasement<br>Designs, LLC,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 08-025ML |

**GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE**

Now comes the United States of America, by and through its undersigned attorneys, and responds to the Order to Show Cause respectfully requests that this case not be dismissed. In support thereof, the government states as follows:

1. The defendant was served personally with the summons and complaint on June 9, 2008.

2. The defendant had until June 29, 2008 to answer the Complaint.

3. The government received a copy of the defendant's answer on July 1, 2008. *See* Exhibit A.

4. Expecting a notice for pretrial conference, pursuant to FRCP 16(a), the government reviewed the court docket and learned that the defendant did not file an answer with the Clerk of Court, as required by FRCP 5(d)(2).

5. The government is prepared to request for entry of default on the defendant. *See* Request for Entry of Default filed herewith.

For the foregoing reasons, the government states that it is prepared to prosecute this case, and for good cause shown, had not done so, until it learned that the defendant did not comply

with the Federal Rules of civil Procedure. Since the defendant is in default, the government respectfully requests that this case not be dismissed.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: milind.m.shah@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of September, 2008, I electronically filed the within Response to Order to Show Cause with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The Response to Order to Show Cause was forwarded to the following participant via first class mail at his last known mailing address:

Roy S. Topik
2806 J R Drive
Cottondale, FL 32431

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney