RECEIVED
JUL 01 2008
U.S. ATTORNEY
DISTRICT OF R.I.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

V.

Roy S. Topik, Topik Enterprises, LLC, and
Lead and Asbestos Encasement Designs, LLC

Defendants.

Civil No. CA 08-025-ML

## ANSWER TO COMPLAINT

Now comes the defendant, Roy S. Topik, pro se, and states as follows:

1. Agreed

2. Denied, and leaves Defendant to prove this point in court

3. Agreed

4. Agreed

5. Agreed

6. Agreed

7. Agreed

8. Agreed

## DEFENDANT DEFENSES

1. Defendant Roy S. Topik is not a party to this action. Roy S. Topik was not a defendant in the original EPA action from which the current action originated. As a matter of due process, Roy S. Topik should be removed as a defendant in this action.

Respectfully submitted,

Roy S. Topik, Defendant

EXHIBIT A

R. Topik
2806 JR Dr.
Cottondale, FL
32431

**CERTIFIED MAIL™**

7008 0150 0002 9956 1652

U.S. POSTAGE
PAID
MARIANNA, FL
32446
JUN 28 '08
AMOUNT
**$4.90**
00066591-05




RECEIVED
US ATTORNEY
DISTRICT OF RI
2008 JUN 31 A 10: 13

Milind M. Shah, Esq.
Asst. US. Attorney
Office of US. Attorney
50 Kennedy Plaza, 8 floor
Providence, RI 02903

0290382393 C006

EXHIBIT A