IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | C.A.: C.A. 08-25ML |
| v. | ) | |
| | ) | |
| Roy S. Topik, | ) | |
| Defendant. | ) | |

REQUEST FOR ENTRY OF DEFAULT

To the Clerk of the United States District Court:

As set forth in the attached Affidavit, the defendant in the above-captioned action has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure. Therefore, plaintiff, United States of America, requests that default be entered against the defendant, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: milind.m.shah@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of September, 2008, I electronically filed the within Request for Entry of Default with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The Request for Entry of Default was forwarded to the following participant via first class mail at his last known mailing address:

Roy S. Topik
2806 J R Drive
Cottondale, FL 32431

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney