IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| | ) | C.A.: C.A. 08-25ML |
| v. | ) | |
| | ) | |
| Roy S. Topik, Defendant. | ) | |

AFFIDAVIT

State of Rhode Island, County of Providence

I, Milind M. Shah, being first duly sworn, depose and say that:

1) I am an Assistant United States Attorney for the District of Rhode Island, and in such capacity represent the plaintiff in the above-captioned action;

2) That on June 8, 2008, Defendant, Roy S. topik, was duly served with a copy of the summons and complaint in this action (copy attached);

3) That defendant has failed to appear, plead, or otherwise defend herein within the time allowed, and therefore is now in default;

4) That according to available records and my best information and belief, defendant is not presently a member of the Armed Forces in military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, and defendant is neither an infant nor an incompetent person;

5) That plaintiff's claim is for a sum certain for the recovery of $239,264.88, as of August 28, 2008 plus additional pre-judgment interest computed at the annual rate of 2 % until the date of judgment, plus additional interest that accrues thereafter at the legal post-judgment rate, pursuant to the provisions of 28 U.S.C. § 1961, until the judgment is satisfied in full, plus future costs as provided by law, and the $350.00 filing fee provided for by 28 U.S.C. 2412 (a)(2);

7) That this affidavit is made in compliance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of requesting that the Clerk of this Court, or his lawful Deputy, at this time enter a default against the defendant in the amount set forth above.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: milind.m.shah@usdoj.gov

Sworn to and subscribed before me

this 5th day of September, 2008.

Linda A. Mazmanian, Notary Public
Notary Public
My commission expires on 8/27/09.